**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 97-1152**

_____

JANET GRANOFSKY,

Plaintiff - Appellant,

versus

BALTIMORE GAS AND ELECTRIC COMPANY; ASPLUNDH
TREE EXPERT COMPANY,

Defendants - Appellees,

and

BF&M TEMPORARIES,

Defendant.

_____

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  M. J. Garbis, District Judge.  (CA-93-
4175-MJG)

_____

Submitted:  May 1, 1997                    Decided:  May 8, 1997

_____

Before WIDENER and MURNAGHAN, Circuit Judges, and PHILLIPS, Senior
Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Janet Granofsky, Appellant Pro Se.  Luther Ellis Justis, Jr.,
BALTIMORE GAS & ELECTRIC COMPANY, Baltimore, Maryland; Mark D.
Laponsky, Willis Gunther Ferlise, SEMMES, BOWEN & SEMMES, Balti-
more, Maryland, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's orders granting the Appellees' motions for summary judgment on Appellant's complaint, which alleged sexual harassment, gender discrimination, and retaliatory discharge from her employment. We have reviewed the record and the district court's opinions and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Granofsky v. Baltimore Gas & Electric Co., No. CA-93-4175-MJG (D. Md. June 10 and Apr. 1, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

3